CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH THOMAS

Civil/Criminal No.: CR 21-552

## NOTE FROM JURY

In Instruction No. 20 "assault" is defined as an "intentional attempt or threat to inflict injury." Should we treat the "intentional" requirement as a general or special intent element? In other words, must the defendant intend to inflict injury, or intend to do the acts that threatened injury?

Date: 6/1/2023

Time: 10:13

10:15 AM
9:50 M. A Martin
6-1-23