CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

KENNETH THOMAS

Civil/Criminal No.: CR 21-552

## NOTE FROM JURY

Is officer Ainsworth's helmet number 2260 per Agent Brown?

Date: 5/1/23

Time: 1124