UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
                          :    CASE NO. 1:21-cr-00552 (DLF)
v.                        :
                          :
KENNETH JOSEPH OWEN THOMAS, :
                          :
Defendant.                :

## VERDICT FORM

**Count One:**      Civil Disorder

__X_____                    _____
Guilty                            Not Guilty

**Count Two:**      Obstruction of an Official Proceeding

_____                    __X_____
Guilty                            Not Guilty

**Count Three:**    Assaulting, Resisting, or Impeding Certain Officers (Anderson)

__X_____                    _____
Guilty                            Not Guilty

**Count Four:**     Assaulting, Resisting, or Impeding Certain Officers (Nickerson)

__X_____                    _____
Guilty                            Not Guilty

1

**Count Five:**      Assaulting, Resisting, or Impeding Certain Officers (Ainsworth)

_____         _____    — Undecided —
Guilty                         Not Guilty                 no concensus

**Count Six:**       Assaulting, Resisting, or Impeding Certain Officers (Veizaj)

_____✗_____                 _____
Guilty                         Not Guilty

**Count Seven:**     Assaulting, Resisting, or Impeding Certain Officers (Niewenhous)

_____✗_____                 _____
Guilty                         Not Guilty

**Count Eight:**     Entering or Remaining in a Restricted Building or Grounds

_____✗_____                 _____
Guilty                         Not Guilty

**Count Nine:**      Disorderly or Disruptive Conduct in a Restricted Building or Grounds

_____✗_____                 _____
Guilty                         Not Guilty

**Count Ten:**       Engaging in Physical Violence in a Restricted Building or Grounds

_____         _____✗_____
Guilty                         Not Guilty

**Count Eleven:**    Disorderly Conduct in a Capitol Building or Grounds

_____         _____    — undecided —
Guilty                         Not Guilty                 no concensus

2

Count Twelve:     Act of Physical Violence in the Capitol Building or Grounds

_____          ___X_____
Guilty                          Not Guilty

Dated this __1__ day of June, 2023